Susie B. HAMPTON, Appellant,

v.

MENORAH MEDICAL CENTER, Defendant, and

John W. Collins, M.D., Respondent.

No. WD 38343.

Missouri Court of Appeals, Western District.

April 14, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 2, 1987.

Application to Transfer Denied July 14, 1987.

Basil L. North, Jr. and James W. Tippin, Kansas City, for appellant.

Thomas N. Sterchi & Timothy S. Frets of Baker & Sterchi, Kansas City, for respondent.

Before PRITCHARD, P.J., and MANFORD and BERREY, JJ.

## ORDER

PER CURIAM:

This is a civil action for damages for medical malpractice. The circuit court ruled the claim barred by § 516.105, RMSo 1986, and entered summary judgment.

Judgment affirmed. Rule 84.16(b).